Lawrence D. Rohlfing
Attorney at Law: 119433
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel: (562)868-5886
Fax: (562)868-5491
E-Mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
MELANIE K. SALAZAR

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELANIE K. SALAZAR,  Plaintiff, v. MICHAEL J. ASTRUE, Commissioner of Social Security. Defendant. | Case No.: CV 11-3840 RMW  ORDER EXTENDING BRIEFING SCHEDULE |

Based upon the stipulation of the parties, and for cause shown,

IT IS HEREBY ORDERED, that Plaintiff shall have an extension of time, to and include March 20, 2012, in which to file a motion for summary judgment; and that all other deadlines set forth in the August 4, 2011 Case Management Order shall be extended accordingly.  IT IS SO ORDERED

DATE

*Ronald M. Whyte*
_____
THE HONORABLE RONALD M. WHYTE
UNITED STATES MAGISTRATE JUDGE

1  Respectfully submitted,

2  LAW OFFICES OF Lawrence D. Rohlfing

3

        */s/Lawrence D. Rohlfing*

4  
BY: _____

5       Lawrence D. Rohlfing
        Attorney for plaintiff