**E-FILED on** 4/4/2012

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MELANIE K. SALAZAR,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security<br><br>    Defendant. | No. C-11-03840 RMW<br><br>ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL AND GRANTING ADDITIONAL TIME FOR PLAINTIFF TO PLEAD<br><br>**[Re Docket No. 20]** |

On March 21, 2012, plaintiff's counsel filed a motion to withdraw. For good cause appearing, the motion is granted and Lawrence D. Rohlfing is relieved as counsel of record for plaintiff Melanie K. Salazar, effective immediately. It is further ordered that plaintiff shall have until June 8, 2012 to file a motion for summary judgment.

**NOTICE TO PLAINTIFF MELANIE K. SALAZAR**

You are hereby notified that Lawrence D. Rohlfing will no longer be representing you in the above-captioned lawsuit. The court needs to know how to contact you. If you do not keep the court and other parties informed of your current address, they will not be able to send you notice of actions that might affect you, including actions that may adversely affect your interests or result in you losing this case.

Mr. Rohlfing advised the court that the last known address for plainitff is as follows:

>Melanie K. Salazar
>442 N. 8th Street
>San Jose, CA 95112
>melaniekay9@comcast.net

Plaintiff is hereby informed that: (1) plaintiff may participate in the action *pro se* or through another attorney; (2) plaintiff retains all the obligations of a litigant; and (3) failure to respond to actions from the court or opposing counsel may lead to dismissal of your case.

All parties are hereby advised of the following case deadlines: plaintiff's motion for summary judgment is due June 8, 2012[1]; defendant's opposition or counter-motion is due within 28 days of service of plaintiff's motion; plaintiff may serve and file a reply within 14 days of service of defendant's opposition or counter-motion.

DATED: April 4, 2012

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

---

[1] This deadline was previously March 20, 2012. By this order, the court is granting plaintiff an extension until June 8, 2012 in light of the withdrawal of her counsel.

ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL AND GRANTING ADDITIONAL TIME FOR PLAINTIFF TO PLEAD—No. C-11-03840 RMW
2