IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

MELANIE K. SALAZAR,

    Plaintiff,

    v.

MICHAEL J. ASTRUE,

    Defendants.

*E-FILED - 10/15/12*

CASE NO.: C-11-03840-RMW

**ORDER TO SHOW CAUSE RE: DISMISSAL**

On April 14, 2012, the court granted withdrawal of counsel and gave plaintiff until June 8, 2012 to file a motion for summary judgment, which plaintiff has not done. Therefore,

IT IS HEREBY ORDERED that plaintiff appear on **October 26, 2012 @ 9:00 a.m.** in courtroom 6 of this court and show cause WHY THIS CASE SHOULD NOT BE DISMISSED for failure to diligently prosecute the case. Plaintiff is ordered to file at least seven (7) days prior to the appearance date a declaration stating the reasons why plaintiff has failed to prosecute the case, and why said cause should or should not be dismissed for lack of prosecution, or otherwise disposed of. IF PLAINTIFF FAILS TO SHOW GOOD REASON FOR FAILURE TO DILIGENTLY PROSECUTE, THE CASE WILL BE DISMISSED.

DATED: October 15, 2012

                                                                       RONALD M. WHYTE
                                                                       United States District Judge

Copy of Order Mailed on 10/15/12 to:

**Melanie K Salazar**
442 N. 8th Street
San Jose, CA 95112
Email: melaniekay9@comcast.net

   *Pro Se Plaintiff*

E-Filed to Defense Counsel

2

ORDER TO SHOW CAUSE
CASE NO.: C-11-03840-RMW