**E-FILED on** 10/22/2012

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MELANIE K. SALAZAR,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security<br><br>    Defendant. | No. C-11-03840 RMW<br><br>ORDER GRANTING REQUEST TO ENLARGE TIME AND VACATING HEARING<br><br>**[Re Docket No. 24]** |

Plaintiff has not filed a motion for summary judgment, which was due June 8, 2012, and the court issued an order to show cause why the case should not be dismissed for failure to diligently prosecute. (Dkt. No. 23.) Having reviewed plaintiff's response and request to enlarge time (Dkt. No. 24), IT IS HEREBY ORDERED that:

    1.    Plaintiff's request to enlarge time is GRANTED;

    2.    Plaintiff shall have until **November 23, 2012** to file a motion for summary judgment; and

    3.    The October 26, 2012 hearing on the order to show case is VACATED.

/ / /

/ / /

If a motion for summary judgment is not filed by November 23, 2012, the case will be dismissed.

DATED:     October 22, 2012

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge