MELINDA L. HAAG, CSBN 132612
United States Attorney
DONNA L. CALVERT, SBN IL 6191786
Acting Regional Chief Counsel, Region IX
Social Security Administration
MICHAEL K. MARRIOTT, CSBN 280890
Special Assistant United States Attorney

    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8985
    Facsimile: (415) 744-0134
    E-mail: Michael.Marriott@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MELANIE K. SALAZAR, | ) | Case No. 5:11-cv-03840-RMW |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | **STIPULATION FOR EXTENSION OF** |
| | ) | **TIME AND ORDER** |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

    The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have an extension of time of 30 days to respond to Plaintiff's Motion for Summary Judgment up to and including January 16, 2013. The response is currently due December 17, 2012. This extension is being sought because of workload issues, including the unavoidable transfer of assignments and a high volume of other disability matters in federal district court.

    The parties also stipulate that the scheduling order shall be modified accordingly.

//

//

1 – Stipulation and Order Extending Def's Time

Respectfully submitted,

Dated: December 7, 2012         /s/ Tom F. Weathered
                                TOM F. WEATHERED
                                (as authorized via telephone)
                                Attorney for Plaintiff


Dated: December 7, 2012         MELINDA L. HAAG
                                United States Attorney
                                DONNA L. CALVERT
                                Acting Regional Chief Counsel, Region IX
                                Social Security Administration

                        By:     /s/ Michael K. Marriott
                                MICHAEL K. MARRIOTT
                                Special Assistant U.S. Attorney
                                Attorneys for Defendant

**ORDER**

APPROVED AND SO ORDERED.

DATED: _____         _____
                                Ronald M. Whyte
                                UNITED STATES DISTRICT JUDGE

2 – Stipulation and Order Extending Def's Time