MELINDA L. HAAG, CSBN 132612
United States Attorney
DONNA L. CALVERT, SBN IL 6191786
Acting Regional Chief Counsel, Region IX
Social Security Administration
MICHAEL K. MARRIOTT, CSBN 280890
Special Assistant United States Attorney

160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (415) 977-8985
Facsimile: (415) 744-0134
E-mail: Michael.Marriott@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELANIE K. SALAZAR, ) | Case No. 5:11-cv-03840-RMW |
| ) | |
| Plaintiff, ) | |
| v. ) | **STIPULATION FOR EXTENSION OF** |
| ) | **TIME AND ORDER** |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

    The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have a second extension of time of 30 days to respond to Plaintiff's Motion for Summary Judgment up to and including February 15, 2013. The response is currently due January 16, 2013.  This extension is being sought because of workload issues, including the unavoidable transfer of assignments and a high volume of other disability matters in federal district court.

    The parties also stipulate that the scheduling order shall be modified accordingly.

//

//

1 – Stipulation and Order Extending Def's Time

                                                   Respectfully submitted,

Dated: January 7, 2013            */s/ Tom F. Weathered\**
                                        TOM F. WEATHERED
                                        *(as authorized via email on January 7, 2013)
                                        Attorney for Plaintiff

Dated: January 7, 2013            MELINDA L. HAAG
                                        United States Attorney
                                        DONNA L. CALVERT
                                        Acting Regional Chief Counsel, Region IX
                                        Social Security Administration

                                By:    */s/ Michael K. Marriott*
                                        MICHAEL K. MARRIOTT
                                        Special Assistant U.S. Attorney
                                        Attorneys for Defendant

**ORDER**

APPROVED AND SO ORDERED.

DATED: _____  /s/ Ronald M. Whyte
                                                     UNITED STATES DISTRICT JUDGE