1  Tom Weathered #115207
   999 16th Street, #7.
2  San Francisco, CA  94107
   Tel. (415) 865-0399
3  *tweathered@covad.net*

4
5  Attorney for Plaintiff
   Loretta Cortez

6
7
8              UNITED STATES DISTRICT COURT
9              NORTHERN DISTRICT OF CALIFORNIA

10

11 MELANIE SALAZAR

12     Plaintiff,                           NO. CV 11-3840 RMW

13     vs.                                  STIPULATION AND () ORDER

14 CAROLYN COLVIN, Acting Commissioner,     AWARDING ATTORNEY'S FEES UNDER

15 Social Security Administration           THE EQUAL ACCESS TO JUSTICE ACT

16     Defendant                            28 USCA§ 2414(d)

17

18 IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel,

19 subject to the approval of the Court, that Plaintiff  be awarded attorney fees under the Equal

20 Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), in the amount of  $ 4700.00  This amount

21 represents compensation for all legal services rendered on behalf of Plaintiff by counsel in

22 connection with this civil action, in accordance with 28 U.S.C. § 2412(d). The parties hereby

23 stipulate that no fees will be sought by Plaintiff's Counsel under the provisions of 42 U.S.C.A. §

24 406(b).  Defendant's counsel will see that Defendant is appropriately made aware of this fact.

25 This fee will be paid to Plaintiff's attorney, upon verification that Plaintiff has no debt which

26 qualifies for offset against the awarded fees, pursuant to the Treasury Offset Program as

27 discussed in *Astrue v.Ratliff*, 130 S. Ct. 2521, 2527 (2010) (holding that EAJA awards fees to

28 litigant, subjecting fee calculation "to a federal administrative offset if the litigant has

**STIPULATION AND ORDER**
**RE FEES UNDER E.A.J.A.**
**NO CV.** 11-3840 RMW                     Page 1

1  outstanding federal debtsThis stipulation constitutes a compromise settlement of Plaintiff's
2  request for EAJA attorney fees.
3      Defendant's Counsel will process the fee and see that irt is forwarded to the Treasury
4  Department within 48 hours of the Court's Order approving this stipulation.
5      This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA
6  attorney fees and expenses, and does not constitute an admission of liability on the part of
7  Defendant under the EAJA. Payment of the agreed amount shall constitute a complete release
8  from, and bar to, any and all claims that Plaintiff and/or Plaintiff's counsel may have relating to
9  EAJA attorney fees and expenses in connection with this action.

Dated: _____    By: */s/ Tom Weathered*
    TOM WEATHERED
    Attorney for Plaintiff

    MELINDA L. HAAG
    United States Attorney
Dated: _____    By: */s/ Michael Marriott*
    *As authorized via e-mail)*
    MICHAEL MARRIOTT
    Special Assistant United States Attorney
    Attorneys for Defendant

**IT IS SO ORDERED.**

Dated: FFIBFI IBFI    _/s/ Ronald M. Whyte_____
    RONALD M. WHYTE
    United States District Judge

**STIPULATION AND ORDER**
**RE FEES UNDER E.A.J.A.**
**NO CV.** 11-3840 RMW      Page 2